George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland OR 97214
Telephone: (503)236-0068
Fax No.: (503)236-0028

Of Attorneys for Plaintiff, Margarito Vallejo Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| Margarito Vallejo Rodriguez., | ) | Case No.: 3:18-cv-01895-SI |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| Nancy Berryhill, Acting Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

After considering the Plaintiff's motion for dismissal, it is hereby ORDERED that dismissal is granted.

IT IS SO ORDERED this __28th__ day of __May__, 2018.

/s/ Michael H. Simon
UNITED STATES DISTRICT JUDGE

Page 1 – MOTION TO DISMISS COMPLAINT